UNITED STATES of America,
Plaintiff–Appellee,

v.

Larone Frederick ELIJAH,
Defendant–Appellant.

No. 09–7016.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 26, 2010.

Larone Frederick Elijah, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larone Frederick Elijah appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Elijah,* No. 7:07–cr–00010–D–1 (E.D.N.C. filed May 22 & entered May 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*